## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRISCILLA PAGAN, | ) |
| | ) CIV. ACTION NO.: 1:21-cv-53-CCC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SELECT MEDICAL CORPORATION | ) |
| and NOVACARE OCCUPATIONAL | ) **JURY TRIAL DEMANDED** |
| HEALTH SERVICES, INC., | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Priscilla Pagan, and Defendants, Select Medical Corporation and Novacare Occupational Health Services, Inc., by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendants in the above-captioned action, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements.

Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**

Dated: January 21, 2022

/s/ Steve T. Mahan
Steve T. Mahan (PA 313550)
smahan@weisbergcummings.com
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)

1

*Counsel for Plaintiff*

Dated:  <u>January 21, 2022</u>

<u>*/s/Michael J. Crocenzi*</u>
Michael J. Crocenzi (PA 66255)
mcrocenzi@barley.com
Barley Snyder
100 East Market Street
York, PA 17401
(717) 814-5417